**COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,**

v.

**Glen D. RICHARDS et al., Appellees.**

Court of Appeals of Kentucky.

May 18, 1973.

Carl T. Miller, Gen. Counsel, Dept. of Highways, Frankfort, Jerry W. Nall, Owensboro, Perry M. Lewis, Madisonville, for appellant.

John W. Beard, Beard, Rummage & Kamuf, Owensboro, Harold W. Newton, Hawesville, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing.*

**COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,**

v.

**Elmer GEORGE and Bertie George, wife, Appellees.**

Court of Appeals of Kentucky.

May 18, 1973.

Carl T. Miller, Jr., Director, Don Duff, Gen. Counsel, Department of Highways, Frankfort, Wendell V. Lyon, Jr., Somerset, Phillip K. Wicker, Harris & Wicker, Somerset, for appellant.

F. Preston, Farmer, Hamm, Taylor, Milby & Farmer, London, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

**Tilden CHAPMAN, Jr., Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 18, 1973.

Kelsey E. Friend, Jr., Kelsey E. Friend Law Firm, Pikeville, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Deputy Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**COUNTRYSIDE CASUALTY COMPANY, Appellant,**

v.

**Johnnie PHILLIPS, Appellee.**

Court of Appeals of Kentucky.

May 18, 1973.

William E. Gary, III, Morton J. Holbrook, E. Robert Goebel, Sandidge, Holbrook, Craig & Hager, Owensboro, for appellant.

Kenneth N. Ragland, Calhoun, for appellee.

Memorandum Opinion of the Court by Special Commissioner J. PAUL KEITH, Jr., Reversing.*

* Opinion ordered not to be published.